MARK WAECKER (#81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
500 South Grand Avenue, 21st Floor
Los Angeles, California 90071
Telephone:   (213) 955-4500
Facsimile:    (213) 955-4560

Attorneys for Defendant, HASUNI KAHWAJI

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CRS 04-357 MCE |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| HASUNI KAHWAJI, | Honorable Morrison C. England Jr. |
| Defendant. | Courtroom 4 |

It is hereby stipulated by and between the United States of America through their attorney of record Assistant U.S. Attorney Kymberly Smith and defendant Hasuni Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark Waecker that travel restrictions and conditions of his release be modified and amended as follows:

1. That Hasuni Kahwaji be permitted to travel within the State of California without the prior consent of pretrial services;

2. That Hasuni Kahwaji be permitted to travel from Los Angeles, California to Austin, Texas departing Los Angeles on Friday afternoon, May 20, 2005 and returning on Sunday, May 22, 2005 to Los Angeles, California. The purpose of the trip is to attend his son's sixth birthday.

LAW OFFICES OF
MARK WAECKER, APC
500 SOUTH GRAND AVE.
21ST FLOOR
LOS ANGELES
CALIFORNIA 90071

1
_____

1   Defendant Hasuni Kahwaji shall provide pretrial services with all travel information
2   including, but not limited to, his method of travel, his reservation numbers, local contact
3   numbers, etc.

It is so stipulated.

Dated: May 16, 2005            / S / Mark Waecker for Kymberly Smith

KIMBERLY SMITH
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

It is so stipulated.

Dated: May 16, 2005            / S / Mark Waecker

MARK WAECKER
Attorney for Defendant, HASUNI KAHWAJI

It is so stipulated.

Dated: May 17, 2005            / S / Mark Waecker for Hasuni Kahwaji

Defendant, HASUNI KAHWAJI

– **O R D E R –**

Based upon the foregoing stipulation Hasuni Kahwaji's travel restrictions are modified as set for the herein.

Dated: May  18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
MARK WAECKER, APC
500 SOUTH GRAND AVE.
21ST FLOOR
LOS ANGELES
CALIFORNIA 90071

3