CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ; SBN 42160
20700 VENTURA BLVD., SUITE 301
WOODLAND HILLS, CALIF  91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
PAMELA MOLNER

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S-04-0357 MCE |
| Plaintiff, | **FIRST AMENDED;** |
| vs. | **JOINT STIPULATION and ORDER TO CONTINUE STATUS HEARING AND FOR CONTINUED EXCLUSION OF TIME** |
| RICHIE MISHAL, FAISAL RASHID, PAMELA MOLDER and HASUNI KAHWAJI, | DATE:  8:30 a.m. |
| | TIME:  June 21, 2005 |
| Defendants. | CTRM:  The Honorable Morrison C. England, Jr. |

   Plaintiff, The United States of America, by and through its counsel of record, United States Attorney, McGregor W. Scott, and Assistant United States Attorney, Kymberly A. Smith, and the Defendants through their attorneys, Hayes Gable, Clyde Blackmon, Alan Baum, and Mark Waecker, hereby request that the status hearing currently set in this matter for June 21, 2005, at 8:30 a.m., be continued to September 13, 2005 at 8:30.a.m.

   The reason for this continuance is based on the need for counsel to review the voluminous discovery on this matter, and on the availability of the defendants, two of whom live out of state.  This Court has previously determined that this case is complex.

   The parties therefore, also request that time continue to be tolled from June 21, 2005, to and including September 13, 2005 pursuant to: (1) Local Code T4 and Title 18, U.S.C., 3161(h)(8(B)(iv)(preparation of counsel); and (2) Local Code T2 and Title 18, U.S.C., 3161(h)(8)(B)(ii)(due to case complexity).

1  Based on the foregoing and by stipulation, the parties jointly request that the court re-
2  schedule the status conference currently set on June 21, 2005 to September 13, 2005 at 8:30 a.m.
3  IT IS SO STIPULATED.
4
5  Date:   June 15, 2005                                  /s/ Alan Baum for Kymberly A. Smith
                                                          Kymberly Smith
6                                                         Assistant United States Attorney
                                                          Attorneys for Plaintiff
7                                                         United States of America
8
   Date:   June 15, 2005                                   /s/ Alan Baum for Hayes Gable
9                                                         Hayes Gable
                                                          Attorney for Defendant, Richie Mishal
10
11 Date:   June 15, 2005                                   /s/ Alan Baum for Clyde Blackmon
                                                          Clyde Blackmon
12                                                        Attorney for Defendant, Faisal Rashid
13
   Date:   June 15, 2005                                   /s/ Alan Baum
14                                                        Alan Baum
15                                                        Attorney for Defendant, Pamela Molner
16
   Date:   June 15, 2005                                   /s/ Alan Baum for Mark Waecker
17                                                        Mark Waecker
                                                          Attorney for Defendant, Hasuni Kahwaji
18
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

O R D E R

The parties' Stipulation regarding the re-scheduling of status conference is continued from June 21, 2005 to **September 13, 2005 at 8:30 a.m.**  Time will continue to be tolled from June 21, 2005, to and including September 13, 2005, pursuant to Local Code T4 and Title 18, U.S.C., §3161(h)(8(B)(iv);  and  pursuant to Local Code T2 and Title 18, U.S.C.,  §3161(h)(8(B)(ii).

IT IS SO ORDERED.

Dated: June 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE