CRIMINAL DEFENSE ASSOCIATES
Alan Baum, Esq. (SBN 42160)
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 313-6870
Facsimile:  (818) 313-6871

Attorneys for Defendant
PAMELA MOLNER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: CR S. 04-0357 MCE |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| vs. ) | |
| RICHIE MISHAL, ) | |
| FAISAL RASHID, ) | |
| PAMELA MOLNER, and ) | |
| HASUNI KAHWAJI, ) | |
| ) | |
| Defendants. ) | |

The parties' Stipulation regarding the re-scheduling of status conference is accepted by the Court and the Status Conference herein is ORDERED continued from September 13, 2005 to September 20, 2005 at 8:30 a.m. Time will continue to be tolled from September 13, 2005, to, and including September 20, 2005, pursuant to Local Code T4 and Title 18, U.S.C., §3161(h)(8(B)(iv); and pursuant to Local Code T2 and Title 18, U.S.C. , §3161 (h)(8(B)(ii).

**IT IS SO ORDERED**

DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE