```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    )   Case No: CR S. 04-0357 MCE
                                )
12          Plaintiff,          )   JOINT STIPULATION TO CONTINUE
                                )   STATUS CONFERENCE; ORDER
13          V.                  )
                                )
14  RICHIE MISHAL,              )
    FAISAL RASHID,              )   Date: October 11, 2005
15  PAMELA MOLNER and,          )   Time: 8:30 a.m.
    HASUNI KAHWAJI,             )
16                              )   Honorable Morrison C. England, Jr.
            Defendants,         )
17  _____    )_____
```

18      The Parties: The United States of America, by and through its

19 counsel of record , The United States Attorney for the Eastern

20 District of California, McGregor W. Scott, and Assistant United States

21 Attorney, Kymberly A. Smith; as well as the defendants represented by

22 their below-signed defense counsel, jointly and by and through their

23 counsel of record, Hayes Gable, Clyde Blackmon, Alan Baum, and Mark

24 Waeker, respectively, hereby stipulate to request that this Court re-

25 schedule the status conference currently set for September 13, 2005,

26 at 8:30 a.m.

27      This matter was recently moved from September 13, 2005, to

28 September 20, 2005.  When the government agreed to this continuance,

1

it did not realize that it had a conflict on the 20th of September.

The parties therefore, also request that time continue to be tolled from September 20, 2005, to and including October 11, 2005, pursuant to Local Code T4 and Title 18, U.S.C., 3161(h)(8)(B)(iv)(preparation of counsel).

Based on the foregoing and by stipulation, the parties jointly request that the court reschedule the status conference currently set on September 13, 2005 to October 11, 2005 at 8:30 a.m.

IT IS SO STIPULATED.

Date: September 9, 2005      /s/ Kymberly A. Smith
                             Kymberly A. Smith
                             Assistant United States Attorney
                             Attorney for Plaintiff
                             United States of America

Date: September 9, 2005      /s/Kymberly A. Smith for Alan Baum
                             Alan Baum
                             Attorney for Defendant, Pamela Molner


Date: September 9, 2005      /s/ Kymberly A. Smith for Mark Waeker
                             Mark Waeker
                             Attorney for Defendant, Hasuni Kahwaji

Date: September 9, 2005      /s/ Kymberly A. Smith for Clyde Blackmon
                             Clyde Blackmon
                             Attorney for Defendant, Faisal Rashid

Date: September 9, 2005      /s/Kymberly A. Smith for Hayes Gable
                             Hayes Gable
                             Attorney for Defendant, Richie Mishal

**ORDER**

The parties' Stipulation regarding the re-scheduling of status conference is accepted by the Court and the Status Conference herein is ORDERED continued from September 13, 2005 to October 11, 2005 at 8:30 a.m.  Time will continue to be tolled from September 13, 2005, to and including October 11, 2005, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE