```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: CR. S-04-0357 MCE** |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE AND** |
| V. ) | ~~PROPOSED~~ **ORDER** |
| ) | |
| RICHIE MISHAL, ) | |
| FAISAL RASHID, ) | Date: October 11, 2005 |
| PAMELA MOLNER and, ) | Time: 8:30 a.m. |
| HASUNI KAHWAJI, ) | |
| ) | Honorable Morrison C. England, Jr. |
| Defendants. ) | |
| _____ ) | |

COMES NOW the United States of America, by and through its counsel of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said district, as well as the defendants represented by their respective counsel: Hayes Gable, Clyde Blackmon, Alan Baum, and Mark Waecker, and request that this Court vacate and reschedule the status conference currently scheduled for October 11, 2005. The parties stipulate that additional time is needed due to the complexity of the case and for preparation of counsel. The parties herefore respectfully request that the status conference scheduled for October 11, 2005, be vacated and that the matter be rescheduled for

1

1  December 6, 2005, at 8:30 a.m.  The parties, also request that time
2  continue to be tolled from October 11, 2005, to and including December
3  6, 2005, pursuant to Local Code T4 and Title 18, U.S.C., §
4  3161(h)(8)(B)(iv) (preparation of counsel), and pursuant to Local Code
5  T2 and Title 18, U.S.C., § 3161(h)(8)(B)(ii) (complexity of this
6  case).
7       Based on the foregoing and by this Stipulation, the parties
8  jointly request that the Court reschedule the status conference which
9  is currently scheduled, from October 11, 2005, to December 6, 2005 at
10 8:30 a.m.

IT IS SO STIPULATED.

Date: October 6, 2005        /s/ Kymberly A. Smith
                             Kymberly A. Smith
                             Assistant United States Attorney
                             Attorney for Plaintiff
                             United States of America

Date: October 6, 2005        /s/Kymberly A. Smith for Alan Baum
                             Alan Baum
                             Attorney for Defendant, Pamela Molner


Date: October 6, 2005        /s/ Kymberly A. Smith for Mark Waecker
                             Mark Waecker
                             Attorney for Defendant, Hasuni Kahwaji

Date: October 6, 2005        /s/ Kymberly A. Smith for Clyde Blackmon
                             Clyde Blackmon
                             Attorney for Defendant, Faisal Rashid

Date: October 6, 2005        /s/Kymberly A. Smith for Hayes Gable
                             Hayes Gable
                             Attorney for Defendant, Richie Mishal

///
///

**ORDER**

The parties' Stipulation regarding the re-scheduling of the status conference is accepted by this Court. Accordingly, the status conference currently scheduled for October 11, 2005, be and the same hereby is, **VACATED**. A further status conference is scheduled for December 6, 2005, at 8:30 a.m.

It is **FURTHER ORDERED** that the time will continue to be tolled from October 11, 2005, to and including December 6, 2005, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv), and pursuant to Local Code T2 and Title 18, U.S.C.,§ 3161(h)(8)(B)(ii).

IT IS SO ORDERED.

Dated: October 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3