```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2771
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No: S-04-0357-MCE** |
| ) | |
| Plaintiff, ) | **JOINT STIPULATION TO CONTINUE** |
| ) | **STATUS CONFERENCE; ORDER** |
| V. ) | |
| ) | |
| RICHIE MISHAL, ) | |
| FAISAL RASHID, ) | Date: December 6, 2005 |
| PAMELA MOLNER and, ) | Time: 8:30 a.m. |
| HASUNI KAHWAJI, ) | |
| ) | Honorable Morrison C. England, Jr. |
| Defendants. ) | |
| _____ ) | |

    Comes now the United States of America, by and through its counsel of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said district, as well as the defendants represented by Hayes Gable, Clyde Blackmon, Alan Baum, and Mark Waecker, and respectively request that this Court reschedule the status conference currently set for December 6, 2005.  The parties stipulate that additional time is needed due to the complexity of the case and for preparation of counsel.  The extension is also needed due to an unforeseen date conflict for the government and for counsel of one of the defendant's.

1

1  The parties herefore respectfully request that the status
2 conference scheduled for December 6, 2005, be vacated and that the
3 matter be rescheduled for January 17, 2006, at 8:30 a.m.  The parties,
4 also request that time continue to be tolled from December 6, 2005, to
5 and including January 17, 2006, pursuant to Local Code T4 and Title
6 18, U.S.C., § 3161(h)(8)(B)(iv)(preparation of counsel), and pursuant
7 to Local Code T2 and Title 18, U.S.C.,
8 § 3161(h)(8)(B)(ii) (complexity of this case).

9  Based on the foregoing and by this stipulation, the parties
10 jointly request that the Court reschedule the status conference which
11 is currently scheduled for December 6, 2005 to January 17, 2006 at
12 8:30 a.m.

IT IS SO STIPULATED.

Date: October 18, 2005        /s/ Kymberly A. Smith
                              Kymberly A. Smith
                              Assistant United States Attorney
                              Attorney for Plaintiff
                              United States of America

Date: October 18, 2005        /s/Kymberly A. Smith for Alan Baum
                              Alan Baum
                              Attorney for Defendant, Pamela Molner


Date: October 18, 2005        /s/ Kymberly A. Smith for Mark Waecker
                              Mark Waecker
                              Attorney for Defendant, Hasuni Kahwaji

Date: October 18, 2005        /s/ Kymberly A. Smith for Clyde Blackmon
                              Clyde Blackmon
                              Attorney for Defendant, Faisal Rashid

Date: October 18, 2005        /s/Kymberly A. Smith for Hayes Gable
                              Hayes Gable
                              Attorney for Defendant, Richie Mishal

2

**ORDER**

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court. The current status conference date of December 6, 2005, be and the same hereby is, VACATED. A further status conference is scheduled for January 17, 2006, at 8:30 a.m. It is FURTHER ORDERED that the time will continue to be tolled from December 6, 2005, to and including January 17, 2006, pursuant to Local Code T4 and Title 18, U.S.C., § 3161(h)(8)(B)(iv), and pursuant to Local Code T2 and Title 18, U.S.C.,§ 3161(h)(8)(B)(ii).

**IT IS SO ORDERED.**

DATED: October 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE