BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant,
FAISAL RASHID

HAYES GABLE, ESQ.
428 J Street, Suite 354
Sacramento, CA  95814
Telephone:  (916) 446-3331

Attorney for Defendant,
RICHIE MISHAL

DAVID W. DRATMAN, ESQ.
1007 7th Street, Suite 305
Sacramento, CA  95814
Telephone:  (916) 443-2000

Attorney for Defendant,
RICHIE MISHAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>FAISAL RASHID, et. al.,<br><br>                Defendants. | Case No. 2:04-cr-0357 MCE<br><br>ORDER RE:  SCHEDULING OF FAISAL RASHID'S AND RICHIE MISHAL'S MOTION TO SUPPRESS EVIDENCE<br><br>DATE:  May 30, 2006<br>TIME:  8:30 a.m.<br>JUDGE: Morrison C. England |

1

**ORDER**

2

3        The briefing schedule proposed by the parties is adopted,

4   and time is excluded under the Speedy Trial Act from May 30,

5   2006 to and including July 18, 2006 pursuant to 18 U.S.C.

6   section 3161 and Local Code T-4.

7   IT IS SO ORDERED.

8   DATED: April 10, 2006

9   _____

10      MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28