```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              ) 2:04-cr-0357 MCE
          Plaintiff,          )
                              ) [PROPOSED] STIPULATION AND ORDER
     v.                       )
                              ) DATE: August 1, 2006
RICHIE MISHAL,                ) TIME: 8:30 a.m.
FAISAL RASHID,                ) CTRM: Hon. Morrison C. England, Jr.
PAMELA MOLNER, and,           )
HASUNI KAHWAJI,               )
                              )
          Defendants.         )
_____)
```

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, and defendants, by and through their counsels of record, stipulate and agree to the following revised motion schedule:

1. Government's response to defendants' motion to suppress evidence to be filed on June 26, 2006;

2. Defendants' reply, if any, to be filed by July 24, 2006; and

3. Hearing on the motion August 1, 2006, at 8:30 a.m.

The government needs additional time to research and prepare its response to the defendants' motion. Accordingly, the parties

```
 1  stipulate that time be excluded for the pendency of this motion
 2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Codes T2 and T4,
 3  to to allow reasonable time for counsel to effectively prepare and
 4  respond to the motions.
```

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: June 9, 2006     By:  /s/ Kymberly A. Smith
                             KYMBERLY A. SMITH
                             Assistant U.S. Attorney
                             Attorneys for Plaintiff

                             /s/ Kymberly A. Smith for
Dated: June 9, 2006     By:  Clyde M. Blackmon
                             CLYDE M. BLACKMON, Attorney
                             for Defendant Faisal Rashid

                             /s/ Kymberly A. Smith for
Dated: June 9, 2006     By:  David Dratman
                             DAVID DRATMAN, Attorney
                             for Defendant Richie Mishal

                             /s/ Kymberly A. Smith for
Dated: June 9, 2006     By:  Hayes Gable
                             HAYES GABLE, Attorney
                             for Defendant Richie Mishal

                             /s/ Kymberly A. Smith for
Dated: June 9, 2006     By:  Mark Waecker
                             MARK WAECKER, Attorney
                             for Defendant Hasuni Kahwaji

                             /s/ Kymberly A. Smith for
Dated: June 9, 2006     By:  Alan Baum
                             ALAN BAUM, Attorney
                             for Defendant Pamela Molner

---

**ORDER**

The briefing schedule proposed by the parties is adopted, and time is excluded under the Speedy Trial Act from July 18, 2006 to

///
///
///

2

and including August 1, 2006, pursuant to 18 U.S.C. § 3161 and Local Codes T2 and T-4.

**IT IS SO ORDERED.**

DATED: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE