```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYMBERLY A. SMITH
    Assistant U.S. Attorney
 3  501 I Street, Ste 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2771
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) Case NO. 2:4-CR-0357 MCE
                                 )
12               Plaintiff,      )
                                 ) JOINT STIPULATION AND PROPOSED
13        v.                     ) ORDER TO CONTINUE BRIEFING AND
                                 ) HEARING SCHEDULE AND FOR
14  RICHIE MISHAL,               ) CONTINUED EXCLUSION OF TIME
    FAISAL RASHID,               )
15  HASUNI KAHWAJI, and          ) Date: July 18, 2006
    PAMELA MOLNER,               ) Time: 8:30 A.m.
16                               ) Court:  Hon. Morrison C. England
                                 )
17               Defendants.     )
                                 )
18  _____
19
```

Plaintiff, the United States of America, by and through its counsels of record, McGregor W. Scott, and Kymberly A. Smith, and the defendants through their attorneys: Clyde Blackmon, Hayes Gable III, David Dratman, Mark Waecker, and Alan Baum, hereby request that the evidentiary hearing currently set in this matter for August 1, 2006, at 8:30 a.m., be continued to September 12, 2006, at 8:30 a.m.  The parties also request the following modified briefing schedule:

///

1 | Government's Response Due            July 31, 2006
2 | Defendants' Reply Due                August 28, 2006
3 | The reason for this continuance is to give the government the
4 | opportunity to respond to the defendants' supplemental discovery
5 | requests and to prepare a response to the defendants' motion(s) to
6 | suppress evidence.  This request for continuance is also based on
7 | the need for counsel to prepare; and the availability of defense
8 | counsel two of whom live out of this district.
9 | This Court has previously determined that this case is
10 | complex.  Due to this finding and due to the foregoing, the parties
11 | therefore, request that time continue to be tolled from July 18,
12 | 2006, to and including September 12, 2006, pursuant to: (1) Local
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  Code T4 and Title 18, U.S.C., §3161(h)(8)(B)(iv)(preparation of
2  counsel); and (2) Local Code T2 and Title 18, U.S.C. §
3  3161(h)(8)(B)(ii)(due to case complexity).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: June 26, 2006        /s/ Kymberly A. Smith
                                By: Kymberly A. Smith
                                    Assistant U.S. Attorney

DATED: June 26, 2006        /s/ Hayes Gable
                                      Hayes Gable, Attorney
                                      For Defendant Richie Mishal

DATED: June 26, 2006        /s/ Clyde Blackmon
                                      Clyde Blackmon, Attorney
                                      For Defendant Faisal Rashid

DATED: June 26, 2006        /s/ David Dratman
                                      David Dratman, Attorney
                                      For Faisal Rashid

DATED: June 26, 2006        /s/ Alan Baum
                                      Alan Baum, Attorney
                                      For Pamela Molner

DATED: June 26, 2006        /s/ Mark Waecker
                                      Mark Waecker, Attorney
                                      For Hasuni Kahwaji

_____

**ORDER**

For the reasons stated above, this Court finds that the interests of the public in a speedy trial are outweighed by the interests of justice in permitting the requested time due to the need for counsel to prepare and due to the complexity of this case. Accordingly, the parties' request to:

///

3

1. Modify the briefing schedule as follows:

    Government's Response due July 31, 2006

    Defendant's Reply due August 28, 2006; and

2. To vacate the evidentiary hearing currently scheduled for August 1, 2006, and to continue the evidentiary hearing to September 12, 2006, be and the same hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that time for trial pursuant to the Speedy Trial Act is **EXCLUDED** pursuant to Title 18, U.S.C., §§ 3161(h)(8)(B)(ii), and (h)(8)(B)(iv), and pursuant to Local Codes T2 and T4.

**IT IS SO ORDERED**

DATE: July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4