McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 2:04-cr-0357-MCE |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| HASUNI KAWAJI, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED:** That sentencing for the above-captioned defendant is hereby rescheduled to June 19, 2007.

Dated: January 8, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE