1  MARK WAECKER (#81375)
   LAW OFFICES OF MARK WAECKER
2  A Professional Corporation
3  300 South Grand Avenue, 24TH Floor
   Los Angeles, California 90071
4  Telephone:   (213) 955-4500
   Facsimile:    (213) 955-4560
5
6  Attorneys for Defendant, HASUNI KAHWAJI

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | **Case No.: CR S 04-357 MCE** |
| 12 | |
| 13       Plaintiff, | |
| 14  vs. | **JOINT STIPULATION AND ORDER** |
| 15 | |
| 16  HASUNI KAHWAJI, | |
| 17       Defendant. | Honorable Morrison C. England Jr. |

19      It is hereby stipulated by and between the United States of America through their
20 attorney of record Assistant U.S. Attorney Carolyn K. Delaney and defendant Hasuni
21 Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark
22 Waecker, Esq. that the current sentencing date for defendant Hasuni Kahwaji is continued
23 from July 5, 2007 to October 26, 2007.
24 / / /

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

1

IT IS SO STIPULATED.

Dated: May 15, 2007                                    / s / Carolyn K. Delaney

CAROLYN K. DELANEY  
Assistant United States Attorney  
Attorneys for Plaintiff,  
United States of America

IT IS SO STIPULATED.

Dated: May 15, 2007                                    / s / Mark Waecker

MARK WAECKER  
Attorney for Defendant, HASUNI KAHWAJI

### ORDER

Based upon the foregoing stipulation:

**IT IS ORDERED** that the sentencing date of July 5, 2007 is vacated and continued to October 25, 2007, at 09:00 a.m.  The proposed date of October 26, 2007 is not available for the Court.

DATED: May 23, 2007

_____  
MORRISON C. ENGLAND, JR  
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF  
MARK WAECKER, APC  
300 SOUTH GRAND AVE.  
24TH FLOOR  
LOS ANGELES  
CALIFORNIA 90071

2