1  MARK WAECKER (#81375)
   LAW OFFICES OF MARK WAECKER
2  A Professional Corporation
   300 South Grand Avenue, 24TH Floor
3  Los Angeles, California 90071
4  Telephone:   (213) 955-4500
   Facsimile:    (213) 955-4560
5
6  Attorneys for Defendant, HASUNI KAHWAJI
7

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No.: 2:04-cr-00357-MCE** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| HASUNI KAHWAJI, | ) | |
| Defendant. | ) | Honorable Morrison C. England Jr. |

It is hereby stipulated by and between the United States of America through their attorney of record Assistant U.S. Attorney Carolyn K. Delaney and defendant Hasuni Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark Waecker, Esq. that the current sentencing date for defendant Hasuni Kahwaji is continued from February 28, 2008 to **May 29, 2008, at 9:00 a.m.**

///

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

1
_____
**STIPULATION AND PROPOSED ORDER**

IT IS SO STIPULATED.

Dated: January 18, 2008          /s/ Carolyn K. Delaney

CAROLYN K. DELANEY
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

IT IS SO STIPULATED.

Dated: January 18, 2008          /s/ Mark Waecker

MARK WAECKER
Attorney for Defendant, HASUNI KAHWAJI

− **O R D E R** −

Based upon the foregoing stipulation:

IT IS ORDERED that the sentencing date of February 28, 2008 is vacated and continued to May 29, 2008.

Dated:  January 25, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND PROPOSED ORDER**

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071