MARK WAECKER (#81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
300 South Grand Avenue, 24TH Floor
Los Angeles, California 90071
Telephone: (213) 955-4500
Facsimile: (213) 955-4560

Attorneys for Defendant, HASUNI KAHWAJI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **Case No.: 2:04-cr-00357-MCE** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| HASUNI KAHWAJI, | ) | |
| Defendant. | ) | Honorable Morrison C. England Jr. |

It is hereby stipulated by and between the United States of America through their attorney of record Assistant U.S. Attorney Carolyn K. Delaney and defendant Hasuni Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark Waecker, Esq. that the current sentencing date for defendant Hasuni Kahwaji of May 29, 2008 may be vacated and continued to September 18, 2008.

///

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

1

**STIPULATION AND ORDER**

| | |
|---|---|
| | IT IS SO STIPULATED. |
| Dated: May 6, 2008 | / S / Mark Waecker for Carolyn K. Delaney |
| | CAROLYN K. DELANEY<br>Assistant United States Attorney<br>Attorneys for Plaintiff,<br>United States of America |
| | IT IS SO STIPULATED. |
| Dated: May 6, 2008 | / S / Mark Waecker |
| | MARK WAECKER<br>Attorney for Defendant, HASUNI KAHWAJI |

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

2

**STIPULATION AND ORDER**

# **O R D E R**

Based upon the foregoing stipulation:

IT IS ORDERED that the sentencing date for Defendant Hasuni Kahwaji of May 29, 2008 is vacated and continued to September 18, 2008.

DATED: May 7, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

3

**STIPULATION AND ORDER**