LAWRENCE G. BROWN
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HASUNI KAHWAJI,<br><br>Defendant. | CASE NO.  2:04-cr-00357 MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE** |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from February 26, 2009, to April 2, 2009, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement.

                                        LAWRENCE G. BROWN
                                      Acting United States Attorney

Date: February 23, 2009          /s/ Richard J. Bender
                                      RICHARD J. BENDER
                                      Assistant United States Attorney

1  Date: February 23, 2009              /s/ Mark Waecker (by RJB)
2                                           MARK WAECKER
                                         Attorney for Defendant
3
4         IT IS SO ORDERED,
5
6   Dated:  February 25, 2009
7
                                    _____
8                                   MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28