LAWRENCE G. BROWN
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:04-cr-00357 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER**<br>**CONTINUING SENTENCING DATE** |
| HASUNI KAHWAJI, | |
| Defendant. | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from April 2, 2009, to May 21, 2009, at 9:00 a.m. The reason for the request is to allow the defendant to complete the terms of his plea agreement.

LAWRENCE G. BROWN
Acting United States Attorney

Date: March 31, 2009        /s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney

Date: March 31, 2009        /s/ Mark Waecker (by RJB)
MARK WAECKER
Attorney for Defendant

It is so ORDERED.

Dated: April 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1