LAWRENCE G. BROWN
Acting United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  S 04-0357 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| HASUNI KAHWAJI, | |
| Defendant. | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from May 21, 2009, to October 15, 2009, at 9:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement.

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Date: May 15, 2009               /s/ Richard J. Bender
                                        RICHARD J. BENDER
                                        Assistant United States Attorney

Date: May 15, 2009               /s/ Mark Waecker (by RJB)
                                        MARK WAECKER
                                        Attorney for Defendant

1

[Stip/Order to Continue Sentencing to October 15, 2009.]

It is so ORDERED,

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE