MARK WAECKER (SBN 81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
300 South Grand Avenue, 24TH Floor
Los Angeles, California 90071
Telephone:   (213) 955-4500
Facsimile:    (213) 955-4560

Attorneys for Defendant,
HASUNI KAHWAJI

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HASUNI KAHWAJI,<br><br>Defendant. | Case No.: CR S 04-357 MCE<br><br>**ORDER**<br><br>Honorable Morrison C. England Jr. |

Based upon the Stipulation of the parties and good cause appearing:

**IT IS ORDERED** that defendant Hasuni Kahwaji's is permitted to travel commencing June 11, 2009 through and including June 14, 2009 to Austin, Texas. Defendant is to observe all other conditions of release and provide an itinerary and schedule to his pre-trial officer, Danova Gardner. Upon return, Defendant is to contact pre-trial services for the continuation of his supervisory release.

DATED: June 4, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

ORDER