MARK WAECKER (#81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
300 South Grand Avenue, 24TH Floor
Los Angeles, California 90071
Telephone:   (213) 955-4500
Facsimile:    (213) 955-4560

Attorneys for Defendant,
HASUNI KAHWAJI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: CR S 04-357 MCE** |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER** |
| HASUNI KAHWAJI, | |
| Defendant. | Honorable Morrison C. England Jr. |

It is hereby stipulated by and between the United States of America through their attorney of record Assistant U.S. Attorney Carolyn K. Delaney and defendant Hasuni Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark Waecker, Esq. that the current sentencing date for defendant Hasuni Kahwaji is continued from October 15, 2009 to **March 4, 2010 at 9:00 a.m.**

/ / /

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

1
_____
**STIPULATION AND PROPOSED ORDER**

IT IS SO STIPULATED.

Dated: September 18, 2009          /s/ Carolyn K. Delaney

CAROLYN K. DELANEY
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

IT IS SO STIPULATED.

Dated: September 18, 2009          /s/ Mark Waecker

MARK WAECKER
Attorney for Defendant, HASUNI KAHWAJI

– **O R D E R** –

Based upon the foregoing stipulation:

IT IS ORDERED that the sentencing date of October 15, 2009 is vacated and continued to March 4, 2010.

DATED: October 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

2

**STIPULATION AND PROPOSED ORDER**