MARK WAECKER (#81375)
LAW OFFICES OF MARK WAECKER
A Professional Corporation
300 South Grand Avenue, 24TH Floor
Los Angeles, California 90071
Telephone:   (213) 955-4500
Facsimile:    (213) 955-4560

Attorneys for Defendant, HASUNI KAHWAJI

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.: CR S 04-357 MCE** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| HASUNI KAHWAJI, | |
| Defendant. | Honorable Morrison C. England Jr. |

It is hereby stipulated by and between the United States of America through their attorney of record Assistant U.S. Attorney Carolyn K. Delaney and defendant Hasuni Kahwaji by and through his attorney of record The Law Offices of Mark Waecker by Mark Waecker, Esq. that the current sentencing date for defendant Hasuni Kahwaji of June 24, 2010 may be vacated and continued to **August 19, 2010 at 9:00 a.m. in Court Room 7, before the Honorable Morrison C. England Jr**.

/ / /

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

IT IS SO STIPULATED.

Dated: June 2, 2010                             / S /    Carolyn K. Delaney

CAROLYN K. DELANEY
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

IT IS SO STIPULATED.

Dated: June 2, 2010                             / S / Mark Waecker

MARK WAECKER
Attorney for Defendant, HASUNI KAHWAJI

LAW OFFICES OF
MARK WAECKER, APC
300 SOUTH GRAND AVE.
24TH FLOOR
LOS ANGELES
CALIFORNIA 90071

## – **O R D E R –**

Based upon the foregoing stipulation:

IT IS ORDERED that the sentencing date for Defendant Hasuni Kahwaji of June 24, 2010 is vacated and continued to August 19, 2010 at 9:00 a.m. in Court Room 7.

Dated: June 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Law Offices of
Mark Waecker, APC

300 South Grand Ave.
24th Floor
Los Angeles
California 90071